IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| HAROLD EUGENE JACKSON <br><br> Plaintiff <br><br> vs. <br><br> JINDAL TUBULAR USA LLC <br> AND JOHN DOE EMPLOYEES 1, 2 AND 3 <br><br> Defendants | CIVIL ACTION NO. <br> 1:23-cv-00300-HSO-BWR |

## CORPORATE DISCLOSURE STATEMENT OF JINDAL TUBULAR USA LLC

**NOW INTO COURT**, through undersigned counsel of record, comes the Defendant, Jindal Tubular USA LLC ("Jindal"), and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Rule 7(c) of the Local Rules of the United States District Courts for the Southern District of Mississippi, files this Corporate Disclosure Statement as follows:

1. Jindal is a closely held corporation that was incorporated in May 2014 and is a 100% whole-owned subsidiary of Jindal Saw Limited, India.

2. Neither Jindal, nor any of its affiliates has any direct financial interest in the outcome of this litigation.

**WHEREFORE**, Jindal prays this disclosure be deemed good and sufficient, and in accordance with the appropriate Federal and Local Rules.

Respectfully submitted, this the 13th day of December 2023.

**BUTLER SNOW LLP**

BY: */s/ Patrick T. Bergin*
PATRICK T. BERGIN, MB #9482

*Attorney for Defendant, Jindal Tubular USA LLC*

OF COUNSEL:

BUTLER SNOW LLP
1300 25th Avenue, Suite 204 (39501)
Post Officer Drawer 4248
Gulfport, MS 39502
Telephone: (228) 864-1170
Facsimile:   (228) 868-1531
Email:   patrick.bergin@butlersnow.com

**CERTIFICATE OF SERVICE**

I, Patrick T. Bergin, do hereby certify I have this date electronically filed the foregoing pleading with the Clerk of the Court and served a copy of the foregoing pleading electronically to ECF Participants and via U.S. Mail upon non-ECF participants at their address of record.

This the 13th day of December 2023.

*/s/ Patrick T. Bergin*
PATRICK T. BERGIN